PHILLIP A. TALBERT
United States Attorney
DENNIS L LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANNAH CHEYANNE LAFOND,<br><br>Defendant. | CASE NO. 1:23-CR-00084-JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant Hannah Cheyanne Lafond, by and through defendant's counsel of record, hereby stipulate that the Court may continue the status conference currently scheduled for May 30, 2023, to June 6, 2023, at 2:00 p.m. The parties separately filed a stipulation to continue the preliminary hearing in a related case, *United States v. Hannah Cheyanne Lafond*, Case No. 1:23-mj-00048-BAM, but neglected to file a contemporaneous stipulation in this case. In the interests of judicial economy, the parties are requesting that the Court keep the two cases together. Accordingly, the parties request that the Court continue the status conference in this case to the date of the preliminary hearing in Case No. 1:23-mj-00048-BAM, which is June 6, 2023, at 2:00 p.m. No exclusion of time under the Speedy Trial Act is necessary as this is a supervised release violation.

**IT IS SO STIPULATED.**

///

| | |
|---|---|
| Dated:  May 26, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Dennis L Lewis<br>Dennis L Lewis<br>Special Assistant United States Attorney |
| Dated:  May 26, 2023 | /s/ Erin Snider<br>Erin Snider<br>Counsel for Defendant<br>HANNAH CHEYANNE LAFOND |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that the status conference currently scheduled for May 30, 2023, is hereby continued to June 6, 2023, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **May 26, 2023**              /s/ Erin P. Gross
                                      UNITED STATES MAGISTRATE JUDGE