1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HANNAH LAFOND

              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00084-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  October 4, 2023 |
| HANNAH LAFOND, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Dennis Lewis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the status conference currently scheduled for August 30, 2023, at 1:00 p.m. to October 4, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on August 30, 2023, trailing *United States v. Lafond*, 1:23-cr-00108-JLT-SKO.

2. In a separately filed stipulation, the parties are agreeing and requesting that the Court continue the status conference in *United States v. Lafond*, 1:23-cr-00108-JLT-SKO, to October 4, 2023, at 1:00 p.m.

3. The parties likewise agree and request that the Court continue the status

conference in this matter until October 4, 2023.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 22, 2023    */s/ Dennis Lewis*
DENNIS LEWIS
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 22, 2023    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
HANNAH LAFOND

## O R D E R

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until October 4, 2023, at 1:00 p.m.

**IT IS SO ORDERED.**

Date: 8/25/2023

Hon. Sheila K. Oberto
United States Magistrate Judge