HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HANNAH LAFOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNAH LAFOND,<br><br>Defendant. | Case No. 1:23-cr-00084-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   November 15, 2023<br>Time:   1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Dennis Lewis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the status conference currently scheduled for November 1, 2023, at 1:00 p.m. to November 15, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on November 1, 2023, trailing *United States v. Lafond*, 1:23-cr-00108-JLT-SKO.

2. In a separately filed stipulation, the parties are agreeing and requesting that the Court continue the status conference in *United States v. Lafond*, 1:23-cr-00108-JLT-SKO, to November 15, 2023, at 1:00 p.m.

3. The parties likewise agree and request that the Court continue the status

conference in this matter until November 15, 2023.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 31, 2023           */s/ Dennis Lewis*
                                 DENNIS LEWIS
                                 Special Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2023           */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 HANNAH LAFOND

# O R D E R

The parties filed a status report stating they are engaged in plea negotiations in criminal action 1:23-cr-00108. case, and require additional time to determine if the matter will be resolved pursuant to a plea agreement. The Court continued that matter to November 15, 2023, at 1:00 p.m. The status conference on this supervised release petition currently scheduled for November 1, 2023, at 1:00 p.m. is also hereby continued to November 15, 2023, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 31, 2023**              */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE