HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HANNAH LAFOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00084-JLT |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE ADMISSION HEARING; ORDER** |
| vs. | |
| HANNAH LAFOND, | Date:   November 27, 2023 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may vacate the status conference scheduled for November 15, 2023, at 1:00 p.m. and set this matter for an admission hearing on November 27, 2023, at 10:00 a.m. before the Honorable Jennifer L. Thurston.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on November 15, 2023, trailing *United States v. Lafond*, 1:23-cr-00108-JLT-SKO.

2. In a separately filed stipulation, the parties are agreeing and requesting that the Court vacate the status conference in *United States v. Lafond*, 1:23-cr-00108-JLT-SKO, and set the matter for a change-of-plea hearing on November 27, 2023.

3. The parties likewise agree and request that the Court vacate the status conference

in this matter and set the case for an admission hearing before the district judge on November 27, 2023.

4. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date: November 8, 2023          */s/ Justin Gilio*
                                      JUSTIN GILIO
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: November 8, 2023          */s/ Erin Snider*
                                      ERIN SNIDER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      HANNAH LAFOND

## **O R D E R**

Based upon the stipulation and representations of the parties, the Court vacates the status conference scheduled for November 15, 2023, and sets this matter for an admission hearing before the Honorable Jennifer L. Thurston on November 27, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

Date: 11/13/2023                                 *Sheila K. Oberto*
                                      Hon. Sheila K. Oberto
                                      United States Magistrate Judge