1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HANNAH LAFOND
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case Nos. 1:23-cr-00108-JLT-SKO and 1:23-cr-00084-JLT |
12 | Plaintiff, | |
13 | vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
14 | HANNAH LAFOND, | Date:  April 1, 2024 |
15 | Defendant. | Time:  9:00 a.m. |
   | | Judge: Hon. Jennifer L. Thurston |

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Hannah Lafond, that the Court may continue the

20 sentencing hearing currently scheduled for March 25, 2024, at 9:00 a.m. to April 1, 2024, at 9:00

21 a.m. before the Honorable Jennifer L. Thurston.

22         On March 19, 2024, defense counsel learned that Ms. Lafond is currently in isolation in

23 the infirmary at the Fresno County Jail. According to Supervisory Deputy U.S. Marshal Garrett

24 Lambert-Martinez, due to Ms. Lafond's current health condition, it is unlikely that she will be

25 available for her March 25, 2024 sentencing hearing. Accordingly, the parties hereby request that

26 the Court continue the hearing to April 1, 2024, at 9:00 a.m.

27         **IT IS SO STIPULATED.**

28 ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 20, 2024     /s/ Dennis Lewis
                         DENNIS LEWIS
                         Assistant United States Attorney
                         Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 20, 2024     /s/ Erin Snider
                         ERIN SNIDER
                         Assistant Federal Defender
                         Attorney for Defendant
                         HANNAH LAFOND

# **O R D E R**

The sentencing hearing currently scheduled for March 25, 2024, is hereby continued to April 1, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **March 20, 2024**

_____
UNITED STATES DISTRICT JUDGE